**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BILLY GENE RIPPEE,                                                                    PETITIONER
Reg. #22906-044

v.                                          No. 2:17CV00017-JLH

UNITED STATES OF AMERICA                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 28th day of February, 2017.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE